**IN THE UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| PERNELL BOSHA | * | |
|     Plaintiff | * | |
| | * | |
| V. | * | |
| | * | |
| CAREY G. BACHELOR and WERNER | * | NO: 4:11CV00233  SWW |
| ENTERPRISES, INC. | * | |
| | * | |
|     Defendants | * | |

## JUDGMENT ON JURY VERDICT

This action came on for trial January 3, 2012 before the Court and a jury, the Honorable Susan Webber Wright, Judge, United States District Court, presiding.  The issues having been duly tried, and after deliberating thereon, the jury returned a verdict on January 4, 2012.  Based upon that verdict, the Judgment is entered in favor of the Plaintiff, Pernell Bosha, in the amount of one hundred twenty-five thousand dollars ($125,000).

IT IS ORDERED AND ADJUDGED that Plaintiff Pernell Bosha have and recover of and from Defendants Carey G. Bachelor and Werner Enterprises, Inc., joint and several, the sum of $125,000, together with interest from this date until paid at the rate of  0.12%  as provided by law.

IT IS SO ORDERED THIS 5TH DAY OF JANUARY, 2012.

                                              /s/Susan Webber Wright
                                              UNITED STATES DISTRICT JUDGE